Lehigh Valley R. Co., 52 App. Div. 69, 65 N. Y. Supp. 49. Appeal to Court of Appeals granted. Infra.

McKAY, Respondent, v. SYRACUSE RAPID TRANSIT RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. February 2, 1912.) Action by James U. McKay, as administrator, etc., against the Syracuse Rapid Transit Railway Company. No opinion. Motion for leave to appeal (from supra) to Court of Appeals granted.

McLEISH, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 26, 1912.) Action by Mary Ann McLeish, an infant, by James S. McLeish, her guardian ad litem, against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

McMULLEN, Respondent, v. ARBUCKLE et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 8, 1912.) Action by Daniel McMullen against John Arbuckle and another. No opinion. Motion for reargument, or for leave to appeal to the Court of Appeals (from 132 N. Y. Supp. 1137), denied, without costs.

McTAGGERT v. SHEFFIELD FARMS SLAWSON DECKER CO. (Supreme Court, Appellate Division, First Department. February 23, 1912.) Action by John McTaggert, an infant, against the Sheffield Farms Slawson Decker Company. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

MALONEY, Appellant, v. HURRY, Respondent. (Supreme Court, Appellate Division, First Department. February 16, 1912.) Action by Michael Maloney against Randolph Hurry. L. F. Fish, for appellant. W. L. Glenney, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

MANCUSE v. INTERNATIONAL CAPITAL DEVELOPMENT CO. (Supreme Court, Appellate Division, First Department. February 23, 1912.) Action by Antonio Mancuse against the International Capital Development Company. No opinion. Motion to dismiss appeal denied, without costs, upon the ground that the affidavit of service of the notice of motion is not sufficient, with leave to renew. Order filed.

MANNION, Respondent, v. VAIL, Appellant. (Supreme Court, Appellate Division, Second Department. February 16, 1912.) Action by Michael Mannion against Edward G. Vail, Jr. No opinion. Judgment and order of the Municipal Court unanimously affirmed, with costs. See, also, 144 App. Div. 916, 129 N. Y. Supp. 1135.

MARCUS, Appellant, v. LONDON REALTY CO., Respondent. (Supreme Court, Appellate Division, Second Department. January 19, 1912.) Action by Isidore Marcus against the London Realty Company. No opinion. Judgment affirmed by default, with costs. See, also, 142 App. Div. 946, 127 N. Y. Supp. 1131.

MARKS, Appellant, v. COLLINS, Respondent. (Supreme Court, Appellate Division, Second Department. January 26, 1912.) Action by Theodore A. Marks against Alfred H. Collins. No opinion. Motion for leave to withdraw appeal denied, without costs. Motion to dismiss appeal granted, with $10 costs.

MARSH, Appellant, v. EMPIRE STATE PICKLING CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 24, 1912.) Action by Fred S. Marsh against the Empire State Pickling Company. No opinion. Judgment and order reversed, and new trial granted, with costs to appellant to abide event. Held, that the evidence was sufficient to require the case to be submitted to the jury.

In re MARSHALL'S WILL. (Supreme Court, Appellate Division, Second Department. February 23, 1912.) In the matter of proving the alleged last will and testament of George Marshall, Sr., deceased. PER CURIAM. Decree of the Surrogate's Court of Richmond County affirmed, with costs. BURR, J., not voting.

MAXIMILIAN v. PORTER et al. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by Max Maximilian against John B. Porter and others. No opinion. Order affirmed, with $10 costs and disbursements.

MECHANICS' BANK et al. v. BECKER et al. (Supreme Court, Appellate Division, Second Department. February 23, 1912.) Action by the Mechanics' Bank and Patrick H. Quinn, as sheriff, etc., against Jacob Becker and others. PER CURIAM. Order affirmed, with $10 costs and disbursements. BURR, J., not voting.

MELI, Respondent, v. CITY OF JAMESTOWN, Appellant. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by Joseph S. Meli against the City of Jamestown. No opinion. Judgment and order affirmed, with costs. Appeal to Court of Appeals denied. 131 N. Y. Supp. 1128.